**No. 58257.**—Joseph F. Mariano and Edward Rossi *v.* United States, protest 183222–K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the machines consist of pastry machines, composed wholly or in chief value of brass,

the same in all material respects, except the component material of chief value, as those the subject of *A. Tanzi Engineering Co.* and *Schneider Bros. & Co., Inc.* v. *United States* (30 Cust. Ct. 4, C. D. 1490), the claim of the plaintiffs was sustained.